In the Matter of the Accounting of HARRY C. W. MELICK, as Administrator of the Estate of JACOB J. BRUSH, Deceased, Appellant.

ELIZA F. BRUSH, Respondent.

*Matter of Melick*, 172 App. Div. 538, affirmed.
(Argued October 3, 1916; decided October 17, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 11, 1916, which modified and affirmed as modified a decree of the New York County Surrogate's Court settling the accounts of Harry C. W. Melick as administrator of the estate of Jacob J. Brush, deceased. The question before the court was as to the legality of a retainer whereby the attorney for the administrator was to receive one-third of the amount received from said estate as compensation for his services, together with costs and disbursements.

*James H. Hickey* for appellant.

*James E. Kelly* for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.